**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANDREA FLORES,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-CV-4890** |
| | § | |
| **KROGER TEXAS, L.P.,** | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF, ANDREA FLORES'
CERTIFICATE OF INTERESTED PERSONS**

Plaintiff, Andrea Flores ("Plaintiff"), files this list of all persons, associations of persons, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who are financially interested in the outcome of this case as follows:

1. **Andrea Flores (Plaintiff);**
   Resides in Harris County, Texas

2. **Kraig L. Rushing, Attorney at Law (Counsel for Plaintiff)**
   2030 North Loop West, Suite 280
   Houston, Texas 77018
   Telephone: 346-293-9670
   Facsimile: 832-667-8046

3. **Kroger Texas L.P. (Defendant);**
   Limited Partnership existing under the laws of the State of Ohio.

4. **KRGP, Inc.**
   General Partner of Kroger Texas L.P. incorporated in the State of Ohio.

5. **KRLP, Inc.**
   Limited Partner of Kroger Texas L.P. incorporated in the State of Ohio.

6. **Adraon D. Greene & Nadia F. Savo (Counsel for Defendant)**
   Galloway, Johnson, Tompkins, Burr & Smith
   1301 McKinney, Suite 1400
   Houston, Texas 77010
   Telephone: 713-599-0700
   Facsimile: 713-599-0777

        Respectfully Submitted,

        KRAIG L. RUSHING,
        Attorney at Law

        *Kraig L. Rushing*
        **Kraig L. Rushing**
        Southern Bar No. 3004621
        State Bar No. 24071554
        2030 North Loop West, Suite 280
        Houston, Texas 77018
        Telephone: 346-293-9670
        Facsimile: 832-667-8046
        Email: krushing@krushinglaw.com

        **ATTORNEY FOR PLAINTIFF**

## PLAINTIFF'S CERTIFICATE OF SERVICE

Plaintiff, Andrea Flores, certifies that she served the Plaintiff's Certificate of Interested Persons to all interested counsel of record on this the 27th day of December, 2024, as required by Federal Rule of Civil Procedure 26(a).

*Via E-Service: agreene@gallowaylawfirm.com; nsavo@gallowaylawfirm.com*
Adraon D. Greene
Nadia F. Savo
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

        *Kraig L. Rushing*
        **KRAIG L. RUSHING**